# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LIONEL P. WASHINGTON,

       Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:  C08-1245JLR

HOTEL 1000 LLC,

       Defendant.

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court GRANTS Plaintiff Lionel P. Washington's request to dismiss the complaint against Hotel 1000 LLC ("Hotel 1000"). The court DISMISSES the complaint against Hotel 1000.

Dated this 28th day of August, 2009.

                                          BRUCE RIFKIN
                                          Clerk

s/Mary Duett
_____
Deputy Clerk